STATE OF CONNECTICUT *v.* JOHN C. ADAMS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 52 Conn. App. 643 (AC 16738), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court improperly conclude that the trial court properly instructed the jury on the defendant's claim of self-defense?"

The Supreme Court docket number is SC 16112.

*Suzanne L. McAlpine,* in support of the petition.

*Michael E. O'Hare,* assistant state's attorney, in opposition.

Decided May 25, 1999